IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

GILBERT PHILIP CASTILLO, JR., et al.,

Defendants.

NO. C06-2540 TEH

<u>ORDER VACATING OCTOBER 16, 2006 CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT</u>

The Court is in receipt of Plaintiff Commodity Futures Trading Commission's case management statement for the October 16, 2006 case management conference. Because the Clerk has already entered default against Defendants and Plaintiff intends to file a motion for default judgment, there is no need to conduct a case management conference at this time. Accordingly, the October 16, 2006 case management conference is hereby VACATED. Plaintiff shall file its motion for default judgment on or before **Monday, November 6, 2006.**

**IT IS SO ORDERED.**

Dated: 10/04/06

/s/ Thelton E. Henderson

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT