IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

          Plaintiff,

  v.

GILBERT PHILIP CASTILLO, JR.,
et al.,

          Defendants.

NO. C06-2540 TEH

ORDER CONTINUING MOTION
HEARING TO FEBRUARY 5, 2007

      The Court is in receipt of Plaintiff's motion for final judgment by default, permanent injunction, and ancillary relief. To accommodate the Court's calendar, the motion hearing shall be continued to **Monday, February 5, 2007, at 10:00 AM.** However, the briefing schedule shall remain based on the January 8, 2007 hearing date. Thus, while the Court does not anticipate receiving an opposition because of the nature of this motion, any opposition must be filed on or before **December 18, 2006,** and any reply shall be filed on or before **December 26, 2006.** Plaintiff's counsel should also be aware that, as a matter of due process, it is the Court's practice to hold hearings on motions for default judgment even when no opposition is received, and counsel shall therefore make appropriate plans to appear for the hearing.

**IT IS SO ORDERED.**

Dated: 11/22/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT