IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>GILBERT PHILIP CASTILLO, JR., et al.,<br><br>        Defendants. | NO. C06-2540 TEH<br><br>ORDER FOLLOWING JUNE 11, 2007 CASE MANAGEMENT CONFERENCE |

This written order confirms the Court's oral orders at the June 11, 2007 case management conference that: (1) this case shall proceed with Mr. Castillo representing himself, and (2) Mr. Castillo shall file an answer to the complaint within forty calendar days of the date of this order.

**IT IS SO ORDERED.**

Dated:   06/11/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT