

FILED
JUN 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, Plaintiff (s), vs. GILBERT PHILIP CASTILLO JR., Defendant(s). Defendant | Case No.: No. C 06-02540 TEH<br>**O R D E R**<br>SET FOR: JUNE 11ST 2007<br>Chamber's Copy: NO ECF filing Judge T.E. Henderson. Request permission to file with Court Clerk. |

## // ORDER OF COURT \\

**Based Upon Good Cause Shown Herein, it hereby O R D E R E D:**

//

The Court finds as follows:

1. The Governments / Plaintiffs application for an ORDER to appear by telephone at the hearing on June 11th 2007 is hereby:

X GRANTED ______ DENIED

2. The application of defendant Gilbert Castillo Jr. to appear by telephone at the hearing on June 11th 2007 is hereby:

The phone number designated by Defendant for this hearing is: 925-595-8287

______ GRANTED X DENIED

Defendant shall personally appear and give a full report on his attempt to secure legal counsel for himself and his corporation. TEH

[signature]

U. S. District Court Judge

Dated: 6/11/07