GILBERT P. CASTILLO, JR.
1590 3rd. Ave.
Walnut Creek, Ca 94597
email; GilCastillo@comcast.net
Phone; 925-949-8610
cell & fax; 925-595-8287



Attorney for Defendant, pro se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff(s),<br><br>vs.<br><br>GILBERT PHILIP CASTILLO JR.,<br>Defendant(s).<br>         Defendant | Case No.: No. C 06-02540 TEH<br><br>APPLICATION AND ORDER PERMITTING DEFENDANT, GILBERT P. CASTILLO, JR TO USE AND ACCESS THE ECF / PACER / ELECTRONIC CASE MANAGEMENT FILING SYSTEM, AS A PRO SE LITIGANT. |

COMES NOW, Gilbert P. Castillo, Jr, and makes this APPLICATION and ORDER to the Court for permission to use and access the ECF Electronic CASE MANAGEMENT filing system / Pacer / systems now implemented by the US District Court System.

1. Applicant does hereby certify that he is a defendant in this pending case, and that access and use of the ECF system is necessary and proper for him in this case.

2. Applicant does hereby certify that he has read the rules and regulations for usage of the system, and that he will abide by said rules and regulations.

I, Gilbert P. Castillo Jr., do hereby declare under penalty of perjury that the foregoing application is true and correct, and executed in the city of <u>San Francisco</u> California under the laws of the U.S.A. and the State of California.

*[signature]*                                    Dated:

_5/17/2007_____

Gilbert P. Castillo, Jr

## ORDER:

BASED UPON GOOD CAUSE APPEARING HEREIN AND PROPER APPLICATION OF DEFENDANT, GILBERT P. CASTILLO, JR. IT IS HEREBY --

## O  R  D  E  R:

THAT GILBERT P. CASTILLO, JR, IS HEREBY GRANTED PERMISSION TO USE AND ACCESS THE E C F / ELECTRONIC CASE MANAGEMENT FILING SYSTEM / PACER ELECTRONIC FILING SYSTEM IN AND FOR THIS PENDING CASE NO: **C 06-02540 TEH** AS A "PRO SE" LITIGANT.

*[signature]*                                    DATED: 6/11/07  05/17/2007

_Thelton E. Henderson_

US DISTRICT COURT JUDGE