IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GILBERT PHILIP CASTILLO, JR., et al.,<br><br>    Defendants. | NO. C06-2540 TEH<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court has reviewed Defendant Gilbert Castillo, Jr.'s application to proceed *in forma pauperis* and does not find good cause to grant the request. Accordingly, the application is DENIED.

**IT IS SO ORDERED.**

Dated:  06/25/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT