DAVID A. REED (FL Bar No. 277315)
Senior Trial Attorney
TIMOTHY J. MULREANY (MD Fed. Bar No. 08262)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418 -5447
Telephone (202) 418 -5306
Facsimile (202) 418-5523
E-mail: dreed@cftc.gov
E-mail: tmulreany@cftc.gov
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT PHILIP CASTILLO, JR. AND CASTLE ENTERPRISE CORPORATION, d/b/a/ WALLSTREETWAR.com, d/b/a CASTILLORESEARCH.com.d/b/a NEVER-LOSE.com<br><br>Defendants. | Case No.: 3:06cv2540-TEH<br><br>**STATUS REPORT AND REQUEST FOR AN EXTENSION OF TIME CONCERNING THE JOINT SCHEDULING CONFERENCE STATEMENT, DUE JULY 23, 2007** |

**COMES NOW** Plaintiff, U.S. Commodity Futures Trading Commission (the "Commission") and files this status report and respectfully requests an extension of time until on

or before July 26, 2007 to file the Joint Case Management Statement ("Statement"), presently due on July 23, 2007 and states as follows:

  As the Court is aware, Plaintiff moved to clarify the Court's April 25, 2007 order vacating default and moved to strike the answer of Defendant, Castle Enterprise Corporation. Those motions were granted by the Court on July 19, 2007 (DE 60). On that date, the Court also issued an order setting a Case Management Conference to be held on July 30, 2007, ordering that the parties confer and file a Joint Case Management Statement on or before July 23, 2007. ("Statement") (DE 61).

  Plaintiff has drafted a Joint Case Management Statement that has been electronically transmitted to the Defendant, Gilbert Philip Castillo, Jr. for his review. The Defendant has acknowledged receipt of the draft, has made changes and is presently reviewing the revised draft. Apparently, the Defendant has not completed reviewing the revised draft Statement. Plaintiff will continue to obtain Defendant's approval of the Statement.

  Accordingly, Plaintiff respectfully requests an extension of time to file the Statement until on or before July 26, 2007.

Respectfully submitted,

/S/ David A. Reed
SeniorTrial Attorney
dreed@cftc.gov
(202) 418-5447
Attorneys for Plaintiff
U.S Commodity Futures Trading Commission

Dated: July 23, 2007



GRANTED
Judge Thelton E. Henderson
07/24/07

2   *Status - Joint Case Management Statement*
  *3:06cv2540 TEH*