UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Commodity Futures Trading Commission,

    Plaintiff(s),

v.

Gilbert Philip Castillo, Jr.,

    Defendant(s).

No. C06-2540 TEH (BZ)

INITIAL DISCOVERY ORDER

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1

1 | Court **before** filing any discovery motions or other papers.
2 | The party seeking discovery shall request a conference in a
3 | letter served on all parties not exceeding two pages (with no
4 | attachments) which briefly explains the nature of the action
5 | and the issues in dispute.  Other parties may reply in similar
6 | fashion within two days of receiving the letter requesting the
7 | conference.  The Court will contact the parties to schedule
8 | the conference.
9 |     After the conference with the Court, if filing papers is
10 | deemed necessary, they should be filed with the Clerk's
11 | Office, with one copy delivered directly to Chambers (Room 15-
12 | 6688).  A chambers copy of all briefs shall be submitted on a
13 | diskette formatted in WordPerfect 6, 8, 9 or 10 (the diskette
14 | shall be scanned for virus before submission) or may be e-
15 | mailed to the following address: bzpo@cand.uscourts.gov
16 | Dated: September 7, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

21 | N:\FORMS\Initial Discovery Order.wpd

2