UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff(s), <br><br> v. <br><br> GILBERT PHILIP CASTILLO, JR. <br><br> Defendant(s). | No. C06-2540 TEH (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE AND DIRECTING PLAINTIFF TO FILE A RESPONSE** |

    I have reviewed defendant's Notice Of Serving Interrogatories, Motion To Propound Interrogatories and his Reply To Plaintiff's Opposition, where defendant requests six additional interrogatories above the twenty-five permitted by Fed. R. Civ. P. 33(a). **IT IS HEREBY ORDERED** that plaintiff Commodity Futures Trading Commission shall file a letter response not exceeding two pages to defendant's request to propound six additional interrogatories, no later than **Wednesday, September 26, 2007**.  **IT IS FURTHER ORDERED** that a telephonic conference to discuss this dispute is scheduled for **Friday, September 28, 2007** at **9:45 a.m.**  Counsel for plaintiff

1

1 | shall contact defendant and call chambers at **(415) 522-4093**.
2 |
3 | Dated: September 24, 2007
4 |
5 | _____
  | Bernard Zimmerman
6 | United States Magistrate Judge
7 | G:\BZALL\-REFS\COMMODITY FUTURES TRADING\RESPONSE TO MOTION TO PROPOUND AND TELEPHONIC CONFERENCE.wpd