UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | No. C-06-02540 TEH (JCS) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT OCTOBER 2, 2007 SETTLEMENT CONFERENCE** |
| v. | |
| GILBERT PHILIP CASTILLO, JR., | |
| Defendant(s). | |

On July 31, 2007, the Court issued a "Notice of Settlement Conference and Settlement Conference Order" (the "July 31, 2007 Order") setting a Settlement Conference for October 2, 2007, at 9:30 a.m., before Magistrate Judge Joseph C. Spero.  Pursuant to the Order, all parties were required to attend the Settlement Conference.  However, not all parties attended on October 2, 2007. Plaintiff was present.  Defendant was not present.

IT IS HEREBY ORDERED that Defendant shall appear, **in person, on October 26, 2007, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant should not be sanctioned for failure to comply with the Court's July 31, 2007 Order.  Such sanctions may include, but are not limited to, payment of Plaintiff's attorneys' fees and costs in attending the October 2, 2007 conference.

IT IS SO ORDERED.

Dated: October 3, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge