1

2 IN THE UNITED STATES DISTRICT COURT

3 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6 U.S. COMMODITY FUTURES
TRADING COMMISSION,

7 Plaintiff,

NO. C06-2540 TEH

8 v.

ORDER CLARIFYING
DISCOVERY
RESPONSIBILITIES

9 GILBERT PHILIP CASTILLO, JR.,

10 et al.,

11 Defendants.

12

13     This case is set to begin trial on June 17, 2008, and the Court-ordered discovery

14 cut-off date is March 3, 2008. On July 30, 2007, the Court ordered Defendant Gilbert

15 Castillo, Jr. to begin discovery no later than August 31, 2007. However, it appears that

16 Castillo may not have been diligent in pursuing discovery, and he certainly has not been

17 diligent in pursuing resolution of discovery disputes before the assigned magistrate judge.

18     Although Castillo has admitted on the record that he is receiving some legal

19 assistance, the Court nonetheless wishes to remind Castillo that a "discovery cut-off date" is

20 the last date on which he can conduct discovery. The Court further again reminds Castillo

21 that, if he has not already done so, he may obtain a "Handbook for Litigants Without a

22 Lawyer" from the Clerk's office, located on the 16th floor of 450 Golden Gate Avenue, San

23 Francisco, CA.

24     Under the Federal Rules of Civil Procedure, parties are given a certain amount of time

25 to respond to discovery. To be clear, all discovery that Castillo seeks from Plaintiff must be

26 requested in time for Plaintiff to be able to respond prior to March 3, 2008. Discovery will

27 not be timely, and therefore will not be permitted, if Castillo waits until March 3 or shortly

28 before to seek discovery from Plaintiff.

1    Thus, the Court suggests that Castillo request any additional discovery – and comply

2  with Magistrate Judge Bernard Zimmerman's procedures for resolving any remaining

3  discovery disputes, including Castillo's contention that Plaintiff has failed to respond

4  adequately to requests already served by Castillo on Plaintiff – as soon as possible.  Lack of

5  diligence in pursuing discovery, including timely resolution of discovery disputes, does not

6  constitute good cause for continuing the trial date.

7    All of the above, of course, applies equally to Plaintiff United States Commodity

8  Futures Trading Commission.  The Court directs this order primarily to Castillo because it

9  presumes that counsel for Plaintiff understands the nature of discovery and the meaning of a

10  discovery cut-off date, and also because Plaintiff has informed the Court and Castillo on

11  numerous occasions that it already has all or nearly all of the information it needs to

12  prosecute this case based on its pre-filing investigation and depositions.

13

14  **IT IS SO ORDERED.**

15

16  Dated:   01/09/08

17                                         THELTON E. HENDERSON, JUDGE
                                           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28