UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>GILBERT PHILIP CASTILLO, JR.,<br><br>Defendant(s). | No. C 06-2540 TEH (BZ)<br><br>**ORDER TO REVIEW INITIAL DISCOVERY ORDER** |

Having received plaintiff's two letters dated January 23, 2008 and his letter dated January 24, 2008, plaintiff is **HEREBY ORDERED** to review my September 7, 2007 Initial Discovery Order and proceed accordingly. The obligation to meet and confer to try to resolve a discovery dispute, prior to seeking court intervention, is upon the parties - not the court. See Federal Rules of Civil Procedure 37(a)(2)(A) and Civil Local Rule 37-1.

Dated: January 28, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CASTILLO\ORDER TO REVIEW INITIAL DISCOVERY ORDER.BZ.wpd

1