UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff(s),<br><br>  v.<br><br>GILBERT PHILIP CASTILLO, JR.,<br><br>    Defendant(s). | No. C 06-2540 TEH (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

Before the court is plaintiff's letter dated January 28, 2008 requesting a discovery conference. Defendant shall reply to the letter by **noon, January 30, 2008**. A telephonic conference to consider this dispute is scheduled for **Thursday, January 31, 2008 at 2:00 p.m.** Counsel for plaintiff shall get defendant on the line and call the court at **415-522-4093**.

Dated: January 28, 2008

                              Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-REFS\CASTILLO\TEL.CONF.ORD.wpd

1