UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>GILBERT PHILIP CASTILLO, JR.,<br><br>    Defendant(s). | No. C 06-2540 THE (BZ)<br><br>**ORDER CONTINUING DEPOSITION** |

For reasons given during the telephonic discovery conference on January 31, 2008, **IT IS HEREBY ORDERED** that plaintiff's deposition of defendant is continued to **February 19, 2008**, to be taken as noticed, provided that defendant confirms to plaintiff by 5:00 p.m. on February 1, 2008 that defendant will appear for the deposition.

Dated: January 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CASTILLO\ORDER.CONTINUE.DEPO.wpd

1