IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GILBERT PHILIP CASTILLO, JR., et al.,<br><br>　　　　Defendants. | NO. C06-2540 TEH<br><br>ORDER RE: JOINT SUPPLEMENTAL NOTICE OF SETTLEMENT |

The Court is in receipt of the parties' joint supplemental settlement conference statement, filed on February 28, 2008, in which the parties advise that they have reached an agreement in principle to settle this matter. Rather than issuing a conditional dismissal at this time, the Court will instead await receipt of the proposed consent order signed by both parties. In the meantime, the parties are reminded that the pretrial and trial dates set by order of this Court on January 7, 2008, remain in full effect, and the Court does not anticipate continuing those dates absent a showing of very good cause. Unreasonable delays in finalizing the settlement shall not constitute such cause.

**IT IS SO ORDERED.**

Dated: 03/03/08

　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT