ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919
Attorney for Defendant
Gilbert Philip Castillo

DAVID A. REED (FL Bar No. 277315)
Senior Trial Attorney
TIMOTHY J. MULREANY (MD Fed. Bar No. 08262)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418 -5447
Telephone (202) 418 -5306
Facsimile (202) 418-5523
E-mail: dreed@cftc.gov
E-mail: tmulreany@cftc.gov
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITIES FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT PHILIP CASTILLO, *et al.*,<br><br>Defendants | CASE NO. CV 06-2540 TEH<br><br>**JOINT REQUEST REGARDING COMPLIANCE WITH MARCH 14, 2008 ORDER; [PROPOSED] ORDER** |

On March 14, 2008, the Court ordered that the parties submit their proposed consent order on or before Monday, March 31, 2008.

Plaintiff was not able to provide to Defendant a draft consent order for his review until Thursday, March 27, 2008.

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
JOINT REQUEST RE COMPLIANCE WITH MARCH 14, 2008; [PROPOSED] ORDER

Defendant needs a short amount of additional time to consider and discuss the draft tendered by Plaintiff, and Plaintiff is willing for Defendant to have an additional three days, until April 3, 2008, to do so.

Accordingly, the parties jointly request this honorable Court to allow them until April 3, 2008 to submit their declaration concerning proposed consent order.

DATED:  March 31, 2008

_____/s/_____
Antonio L. Cortes,
Counsel for Defendant Gilbert P. Castillo

DATED:  March 31, 2008

_____/s/_____
Timothy J. Mulreany,
Counsel for Plaintiff Commodities Futures Trading Commission

Upon the foregoing joint request of counsel, it is hereby

ORDERED, THAT the parties shall have until April 3, 2008 to submit their consent order to the Court as required by its March 14, 2008 Order.

DATED:  _____03/31_____, 2008

_____
Thelton E. Henderson
United States District Judge

Absolutely no further extensions shall be granted!!!
    /TEH

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
JOINT REQUEST RE COMPLIANCE WITH MARCH 14, 2008; [PROPOSED] ORDER