United States District Court

For the Northern District of California

1

2

3

4

5   U.S. COMMODITY FUTURES
    TRADING COMMISSION,

6

7                       Plaintiff,

8                v.

9   GILBERT PHILIP CASTILLO, JR.,
    et al.,

10                      Defendants.

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NO. C06-2540 TEH

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL

12         This matter comes before the Court on Mr. Antonio L. Cortés's motion to withdraw as

13   counsel for Defendant Gilbert Philip Castillo, Jr.  This motion is currently set for hearing on

14   April 21, 2008, but the Court finds the matter suitable for resolution without oral argument,

15   as no opposition has been received and the time for filing an opposition has now passed.

16   Consequently, the Court now VACATES the April 21, 2008 motion hearing date and

17   GRANTS Mr. Cortés's motion to withdraw for the reasons discussed below.

18         California Rule of Professional Conduct 3-700(C)(1)(f) allows for permissive

19   withdrawal of an attorney if his or her client "breaches an agreement or obligation to the

20   [attorney] as to expenses or fees."  In this case, Mr. Cortés filed a declaration, under penalty

21   of perjury, stating that Mr. Castillo "failed to make the last two installments of the initial

22   retainer he agreed to make" and that Mr. Castillo "now has a balance due on his account and

23   is claiming inability to pay."  Cortés Decl. ¶ 2.  Mr. Castillo has submitted no declaration or

24   other evidence disputing the truth of these statements.  Thus, the California Rules of

25   Professional Conduct allow for Mr. Cortés's permissive withdrawal from this case.

26         Before he can withdraw, however, Mr. Cortés must also comply with California Rule

27   of Professional Conduct 3-700(A)(2), which provides that counsel "shall not withdraw from

28   employment until [he or she] has taken reasonable steps to avoid reasonably foreseeable

**United States District Court**

For the Northern District of California

1 prejudice to the rights of the client, including giving due notice to the client, allowing time

2 for employment of other counsel, complying with rule 3-700(D), and complying with

3 applicable laws and rules." Rule 3-700(D), in turn, requires counsel to release all client

4 property to the client, including files, pleadings, exhibits, transcripts, and other materials.

5 Similarly, Civil Local Rule 11-5(a) provides that counsel may not withdraw "until relieved

6 by order of Court after written notice has been given reasonably in advance to the client and

7 to all other parties who have appeared in the case." The Court finds that Mr. Cortés has

8 given ample notice in this case to both Mr. Castillo and counsel for Plaintiff United States

9 Commodity Futures Trading Commission. Because Mr. Castillo has already signed a

10 settlement agreement in this case, and this matter is only awaiting formal approval of the

11 settlement by the Commission, Mr. Cortés's withdrawal also will not prejudice the rights of

12 his client.

13       Accordingly, with good cause appearing, IT IS HEREBY ORDERED that

14 Mr. Cortés's motion to withdraw is GRANTED, subject to the following conditions:

15       1. Mr. Cortés shall promptly comply with the requirements of California Rule of

16 Professional Conduct 3-700(D).

17       2. Pursuant to Civil Local Rule 11-5(b), papers shall continue to be served on

18 Mr. Cortés for forwarding purposes unless and until Mr. Castillo appears by other counsel or

19 pro se. Mr. Cortés shall provide written notification to Mr. Castillo of this condition.

20

21 **IT IS SO ORDERED.**

22

23 Dated: 04/10/08

                    THELTON E. HENDERSON, JUDGE
24                   UNITED STATES DISTRICT COURT

25

26

27

28

2