IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

                Plaintiff,

          v.

GILBERT PHILIP CASTILLO, JR.,
et al.,

                Defendants.

NO. C06-2540 TEH

ORDER RE: SETTLEMENT

The parties have informed the Court that: (1)  they have reached a settlement in this case; (2) the proposed consent order has been signed by the only remaining Defendant, Gilbert Philip Castillo, Jr.; and (3) the proposed consent order must now be formally approved by Plaintiff United States Commodity Futures Trading Commission before it can be presented to the Court.  Plaintiff shall file an updated status statement by **May 19, 2008,** if the parties have not yet filed the proposed consent order by that date.

In addition, the Court has separately granted a motion to withdraw brought by Defendant's counsel.  The Court does not anticipate that counsel's withdrawal will have any impact on the proceedings in this case.  However, if for any reason Defendant attempts to avoid compliance with the agreement he signed, the Court will entertain a motion to compel enforcement of that agreement if, as expected, the agreement is approved by the Commission.

**IT IS SO ORDERED.**

Dated:   04/10/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California