IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

          Plaintiff,

   v.

GILBERT PHILIP CASTILLO, JR.,
et al.,

          Defendants.

NO. C06-2540 TEH

ORDER VACATING TRIAL
AND RELATED PRETRIAL
DATES

    On May 14, 2008, Plaintiff U.S. Commodity Futures Trading Commission ("Commission") filed an updated status report stating that the process of seeking approval by the Commission of the proposed consent order signed by Defendant Gilbert P. Castillo, Jr. "is ongoing with no reported problems concerning the anticipated approval." Plaintiff's counsel stated that he "continues to closely monitor the progress of the formal approval process" and believes that the process will conclude prior to the scheduled trial date on June 17, 2008. Counsel therefore requests that the Court suspend the pretrial filing dates.

    Good cause appears to grant Plaintiff's request. Accordingly, the Court hereby VACATES the trial date, pretrial conference date, and related deadlines. Plaintiff's counsel shall immediately move the Court for approval and entry of the proposed Consent Order once it has been approved by the Commission. If such motion has not been filed by June 2, 2008, Plaintiff shall file an updated status statement on that date.

**IT IS SO ORDERED.**

Dated: 05/15/08

          THELTON E. HENDERSON, JUDGE
          UNITED STATES DISTRICT COURT