IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

            Plaintiff,

v.

GILBERT PHILIP CASTILLO, JR., et al.,

            Defendants.

NO. C06-2540 TEH

ORDER SETTING JUNE 23, 2008
DEADLINE TO FILE MOTION
FOR APPROVAL OF CONSENT
ORDER OR STATUS REPORT

        The Court has reviewed the status report filed by Plaintiff U.S. Commodity Futures Trading Commission ("Commission") on June 2, 2008. Plaintiff's counsel states that he "continues to believe that the process of reviewing and approving the proposed Consent Order will conclude around the time of the previously scheduled trial date," which was June 17, 2008.

        Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall move the Court for approval and entry of the proposed Consent Order as soon as it has been approved by the Commission. If such motion has not been filed by June 23, 2008, Plaintiff shall file an updated status statement on that date explaining the cause for the delay and providing an updated estimate as to when the approval process will be completed.

**IT IS SO ORDERED.**

Dated:  06/03/08

                                        THELTON E. HENDERSON, JUDGE
                                        UNITED STATES DISTRICT COURT